United States District Court
Southern District of Texas
**ENTERED**
January 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § | C.R. ACTION NO. 4:89-232 (01) |
| | § | |
| Juan Zamora, | § § § | |

## ORDER

Pending before the Court is the Motion to Terminate Defendant's Supervised Release Term (Document # 1655). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Motion to Terminate Defendant's Supervised Release Term (Document # 1655) is DENIED.

SIGNED on the ____9____ day of January, 2020.

_____
DAVID HITTNER
United States District Judge